**FILED**

08/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0103

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0103

—————————

IN RE THE PARENTING OF:

A.H., a Minor Child,

EDWARD "JIMMY" HAERR,

   Petitioner and Appellee,

  v.

TIFFANY P. WHELAHAN,

   Respondent and Appellant.

—————————

  Counsel for Appellee has filed a motion for an extension of time to file the answer brief in the referenced matter.

  IT IS ORDERED that the Motion for extension is GRANTED. Appellants have until September 25th, 2020, within which to file the Answer brief

  No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 27 2020